UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

UNITED STATES OF AMERICA

v.

Golden Goose Enterprises, Inc.

Crmin. No. 053L 2:00CR00171-004K

On May 08, 2002, the above named was placed on Probation for a period of 5 years. Golden Goose Enterprises, Inc. has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that it be discharged from Probation.

Respectfully submitted,

Jill M. Schneckenburger
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 12th day of November, 2004.

Stanwood R. Duval, Jr.

Distribution:
Original - Clerk's Office
2 Certified Copies - United States Probation Office
1 Certified Copy - United States Attorney's Office
1 Certified Copy - Defense Attorney
1 Certified Copy - Defendant

DATE OF ENTRY
NOV 1 6 2004